**Order filed April 7, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00129-CV
_____

## WOLFE'S CARPET, TILE & REMODELING, LLC, Appellant

## V.

## GARY AND BEVERLY BOURELLE, Appellees

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-69479**

---

# O R D E R

The clerk's record was filed March 31, 2022. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain:

- Notice of Withdrawal of Non-Suit filed March 3, 2022

- Notice of Submission filed March 8, 2022

- Plaintiff's Supplemental Response to Defendant's Summary Motion filed March 18, 2022

- Order on Motions for Modification, Correction and New Trial signed March 22, 2022

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **April 18, 2022**, containing the above listed items.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.